UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI SILVERMAN and LSIL, Co., )<br>)<br>    Plaintiffs and Counter-defendants, )<br>)<br>v. )<br>)<br>ATTILIO GIUSTI LEOMBRUNI S.P.A., )<br>*et al* )<br>    Defendants and Counterclaimants. )<br>)<br>) | Case No.: 1:15-CV-02260-PAC |

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' DESIGN PATENT INFRINGEMENT CLAIM AND INCORPORATED MEMORANDUM OF LAW**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Jeffrey Yee and the exhibits annexed thereto, and upon the moving Memorandum of Law in Support of Defendant Attilio Giusti Leombruni S.P.A.'s ('AGL") Motion to Dismiss, AGL, by and through its undersigned counsel, will move this Court before the Honorable Paul A. Crotty, the United States District Court Judge for the Southern District of New York, at Courtroom 14-C, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), dismissing with prejudice Plaintiffs' patent infringement claim as set forth in Plaintiffs' Amended Complaint filed on November 16, 2015 (Dkt. 27), and granting such other and further relief as the Court deems just and proper.

Dated: December 23, 2015

                                              Respectfully submitted,

                                              By: */s/ Jeffrey K. Joyner*
                                              **GREENBERG TRAURIG, LLP**

Ronald D. Lefton (leftonr@gtlaw.com)
200 Park Avenue
New York, New York 10016
Tel: (212) 801-9200

Jeffrey K. Joyner (joynerj@gtlaw.com)
Jeffrey F. Yee (yeej@gtlaw.com)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Attorneys for Defendant-Counterclaimant
Attilio Giusti Leombruni S.P.A.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Jeffrey K. Joyner*
Jeffrey K. Joyner